# UNITED STATES DISTRICT COURT
## District of Minnesota

Daniel Felipe Caisalitin de la Cruz,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-863 LMP/SGE

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Daniel Felipe C. C.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. The Government is **ORDERED** immediately to return Daniel Felipe C. C. to Minnesota;

3. After returning Daniel Felipe C. C. to Minnesota, the Government is **ORDERED** immediately to release Daniel Felipe C. C. from custody;

4. Daniel Felipe C. C. must be released without conditions and with all personal property;

5. If the Government seeks to impose conditions of release on Daniel Felipe C. C. or to retain Daniel Felipe C. C.'s property, it must inform the Court by no later than 12:00 p.m. on Wednesday, February 11, 2026: (a) the conditions imposed or the property retained; and (b) the legal basis on which the conditions are imposed or the property is retained; and 6. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 3:00 p.m. on Wednesday, February 11, 2026.

Date: 2/6/2026

KATE M. FOGARTY, CLERK